# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>            Plaintiff,<br><br>      v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>            Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>ECF NO. 2 |

　　　　Plaintiff Timothy Luckey ("Plaintiff") filed a complaint on March 8, 2013, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　　　2.　　Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order; and

　　　　3.　　If Plaintiff receives money or assets from any source not identified in his/her application to proceed in forma pauperis at any time during the prosecution of this lawsuit, Plaintiff is ordered to prepare and file an amended Application to Proceed without Prepayment of Fees and Affidavit form (AO 240) within thirty (30) days

1

1  of the receipt of the money/asset describing the money/asset received.

IT IS SO ORDERED.

Dated: **March 11, 2013**

UNITED STATES MAGISTRATE JUDGE