# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANTS' MOTION TO DISMISS<br><br>ECF NO. 16, 22 |

　　　　On February 24, 2014, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Defendants' motion to dismiss be denied.  (ECF No. 22.) The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days.  To date, no party has filed objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

　　　　Accordingly, it is HEREBY ORDERED that:

1.　　　The Findings and Recommendations dated February 24, 2014 are ADOPTED IN FULL (ECF No. 22); and

2.　　　Defendants' motion to dismiss is DENIED (ECF No. 16).

IT IS SO ORDERED.

Dated:   April 10, 2014　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE