# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY, | Case No. 1:13-cv-00332-AWI-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING WITHIN FOURTEEN DAYS |
| v. | |
| VISALIA UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On April 11, 2014, District Judge Anthony W. Ishii issued an ordered denying Defendant's motion to dismiss. (ECF No. 23.) Accordingly, Defendant shall file an answer or responsive pleading within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 14, 2014**

UNITED STATES MAGISTRATE JUDGE

1