# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF NO. 29, 30 |

　　　　On April 29, 2014, Plaintiff Timothy Luckey ("Plaintiff") filed a motion for summary judgment. (ECF No. 29.) On May 23, 2014, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied. (ECF No. 30.)

　　　　The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. On June 24, 2014, Plaintiff filed a document entitled "Objections to Magistrate Judge's Findings and Recommendations." However, therein, Plaintiff acknowledges that he does not fully understand the Court's local rules and procedures and "Completely Understand The Findings And Recommendations Given To Me By This Court." (Obj. to Magistrate Judge's Findings and Recommendations 1:18-19.) Plaintiff's filing does not set forth any legal objection to the Findings and Recommendation and instead consists of a recitation of facts by Plaintiff and a copy of an employment evaluation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The May 23, 2014 Findings and Recommendations are ADOPTED IN FULL; and
2. Plaintiff's motion for summary judgment is DENIED.[1]

IT IS SO ORDERED.

Dated: June 27, 2014

SENIOR DISTRICT JUDGE

---

[1] The Court reminds the parties of the scheduling conference that is set for 9:45 a.m. on August 19, 2014, before the Magistrate Judge. See Doc. No. 27.

2