1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY, | Case No.  1:13-cv-00332-AWI-SAB |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL |
| v. | ECF NO. 38 |
| VISALIA UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On September 10, 2014, Plaintiff Timothy Luckey ("Plaintiff") filed a motion to compel. (ECF No. 38.)  Plaintiff's motion to compel contends that Plaintiff propounded a request for production and Defendant has not produced documents responsive to the request.  Specifically, Plaintiff's request for production sought a copy of a certain check that Defendant sent to Plaintiff which Plaintiff did not cash.  Defendant responded that, after a diligent search and a reasonable inquiry, no such document exists.

Plaintiff's motion to compel is procedurally defective.  Discovery motions are governed by Local Rule 251.  Local Rule 251(b) requires a party to meet and confer with opposing parties in a good faith attempt to resolve any discovery dispute informally in advance of the filing of a motion to compel.  Local Rule 251(c) requires both parties to the discovery dispute to jointly draft a document entitled "Joint Statement re Discovery Disagreement" which describes the details of the meet and confer efforts, the nature of the action, the factual disputes thus fair, the

1  issues to be determined at the hearing on the motion to compel, and the contentions of each party

2  as to each contested issue.  Local Rule 251(c) further requires any motion to reproduce copies of

3  each discovery request and response objected to.

4      Local Rule 230(b) also requires all motions to be noticed on the motion calendar for the

5  assigned judge.  Plaintiff's motion to compel did not notice a date for the motion to be heard.

6  Motions before United States Magistrate Judge Stanley A. Boone are heard on Wednesdays at

7  10:00 a.m. in Courtroom 9 (SAB) in the United States District Court for the Eastern District of

8  California, Fresno Division, at 2500 Tulare St., Fresno, California 93721.  Any future motions

9  filed by Plaintiff must notice an appropriate date, time, and place for the motion to be heard.  If

10 the Joint Statement re Discovery Disagreement is filed contemporaneously with the motion, the

11 motion must be heard at least seven days after the motion is filed and served.  If the Joint

12 Statement re Discovery Disagreement is not filed with the motion, the motion must be heard at

13 least 21 days after the motion is filed and served.  Local Rule 251(a).

14     The Court will deny Plaintiff's motion to compel without prejudice.  Any future motion

15 filed by Plaintiff must include details regarding the parties' efforts to meet and confer in a good

16 faith effort to resolve the discovery dispute informally prior to filing a motion with the Court.

17 Any future motion must also notice a hearing date for the motion on an appropriate date which

18 complies with the Local Rules.

19     Finally, with regards to the merits of Plaintiff's motion, the Court notes that Plaintiff asks

20 the Court to compel Defendant to produce a document which Defendant contends that they no

21 longer possess.  In order to prevail on a motion to compel, Plaintiff carries the burden of

22 persuading the Court that Defendant does, actually, have possession, custody, or control over the

23 document in question.  Nothing in Plaintiff's currently filed motion meets this burden.  It is

24 unclear why Defendant would have this check in their possession, particularly when the check is

25 from May 2010 and it was issued to Plaintiff and Plaintiff never cashed it.  Nothing in the

26 materials submitted by Plaintiff persuasively demonstrates that Defendant is inaccurate about not

27 possessing a four-year-old check that was never cashed by the recipient.

28 / / /

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion to compel is DENIED without prejudice.  (ECF No. 38.)

IT IS SO ORDERED.

Dated:   **September 12, 2014**

UNITED STATES MAGISTRATE JUDGE