# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF NO. 47, 50 |

On February 5, 2015, Plaintiff Timothy Luckey ("Plaintiff") filed a motion for summary judgment. (ECF No. 47.)  On February 24, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied. (ECF No. 50.)

The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days.  On March 11, 2015, Plaintiff filed a document entitled "Objections to Magistrate Judge's Findings and Recommendations."  However, therein, Plaintiff acknowledges that he does not fully understand the Court's local rules and procedures.  Plaintiff's filing does not set forth any legal objection to the Findings and Recommendation and instead consists of a recitation of facts by Plaintiff and an excerpt from a deposition transcript.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the

Findings and Recommendations are supported by the record and by proper analysis.

    Accordingly, it is HEREBY ORDERED that:

1. The February 24, 2015 Findings and Recommendations are ADOPTED IN FULL; and

2. Plaintiff's motion for summary judgment is DENIED (ECF No. 47).

IT IS SO ORDERED.

Dated:   March 31, 2015                                       _____
                                                                        SENIOR DISTRICT JUDGE