# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(ECF No. 59) |

On December 11, 2015, the district judge issued an order granting Defendant's motion for summary judgment and judgment was entered in favor of Defendant. (ECF Nos. 56, 57.) On December 22, 2015, Plaintiff filed a notice of appeal and a motion to proceed informa pauperis on appeal. (ECF Nos. 58, 59.)

In this instance, Plaintiff was granted leave to proceed in forma pauperis in this action on March 8, 2013. (ECF No. 3.) Where informa pauperis status has been granted in an action, pauper status automatically continues for any appeal from a subsequent order or judgment. 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a). Since Plaintiff has been granted leave to file this action in forma pauperis, pauper status continues on appeal unless the "certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding." Fed. R. App. P. 24(a)(3). Here the district court has not certified that Plaintiff is not entitled to proceed in forma pauperis on

appeal. Therefore, his pauper status automatically continues on appeal.

Accordingly, Plaintiff's motion to proceed in forma status on appeal is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: __**December 23, 2015**__

UNITED STATES MAGISTRATE JUDGE

2