# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCKEY,<br><br>          Plaintiff,<br><br>     v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | Case No.  1:13-cv-00332-AWI-SAB<br><br>ORDER DIRECTING OFFICE OF CLERK TO FORWARD DOCUMENTS TO NINTH CIRCUIT<br><br>(ECF Nos. 63, 64) |

On December 11, 2015, Plaintiff filed a notice of appeal of the final judgment in favor or Defendants. The notice was processed to the Ninth Circuit on December 23, 2015. On December 30, 2015, Plaintiff filed a statement of undisputed material fact and declaration which are addressed to the Ninth Circuit. Accordingly, the Office of the Clerk is HEREBY DIRECTED to electronically forward the documents (ECF No. 63, 64) to the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **January 7, 2016**                                    _____
                                                                                UNITED STATES MAGISTRATE JUDGE

1